PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT
for
the Southern District of Texas
Laredo Division

U.S.A. vs. April Daneyelle Baskin                Docket No.    L-05-CR-0058

### Petition for Action on Conditions of Pretrial Release

COMES NOW Andrew Flores pretrial services officer, presenting an official report upon the conduct of defendant April Daneyelle Baskin who was placed under pretrial release supervision by the Honorable Adriana Arce-Flores sitting in the court at Laredo, on the 16th day of December, 2004 under the following conditions:

On 12/13/04, **April Daneyelle Baskin** was arrested in Laredo, Texas and charged with possession with intent to distribute 8.49 kilograms of marijuana. On 12/16/04, the defendant was released on bond and instructed to report to Pretrial Service for supervision.

**PREVIOUS COURT ACTION:** On 1/04/05, the defendant's case was brought before the Grand Jury and the defendant was formally indicted.

**PRETRIAL SERVICES PETITIONS THE COURT TO ACT FOR THIS CAUSE:** Pretrial Services alleges the defendant has violated the following conditions of release:

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at U.S. District Court, 1300 Victoria St. Laredo, TX when notified.

On 4/12/05, the defendant was ordered to appear before U.S. Magistrate Judge Adriana Arce-Flores for her final pretrial conference. The defendant was not present when docket was called. On 4/12/05, Pretrial Services attempted to contact the defendant and was unsuccessful. As the defendant has previously been unable to make schedule court date pretrial services request the following:

**PRAYING THAT THE COURT WILL ORDER** the issuance of a warrant.

ORDER OF COURT

Considered and ordered this 12th day of April, 2005 and ordered filed and made a part of the records in the above case.

Adriana Arce-Flores
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on   4-12-05

Andrew Flores, U.S. Pretrial Services Officer

Place   Laredo, TX

U.S. MARSHAL'S OFFICE
BY:
DATE: 4/14/05
TIME: 4:00 pm